**ORIGINAL**

Callie A. Bjurstrom, State Bar No. 137816
Caryn M. Anderson, State Bar No. 247038
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311
E-Mail:   cbjurstrom@luce.com
          canderson@luce.com

Attorneys for Defendants Pinnacle National Bank and Larry Kain

FILED
2008 AUG -8  AM 9:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERGREEN RESEARCH AND MARKETING, LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>DON BARNES, an individual; and DELK PRODUCTS, INC.; LARRY KAIN, an individual; PINNACLE NATIONAL BANK; and DOES 1-20, inclusive,<br><br>         Defendants. | CASE NO. 08 CV 1438 WQH WMc<br><br>JOINDER IN NOTICE OF REMOVAL OF ACTION |

Defendants Larry Kain and Pinnacle National Bank hereby join in Don Barnes and Delk Products, Inc.'s Notice of Removal to this Court of the state court action described in said Notice of Removal.

DATED: 8/7, 2008        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

                        By: _____
                           Callie A. Bjurstrom
                           Caryn Anderson
                           Attorneys for Defendants Pinnacle National Bank
                           and Larry Kain

JOINDER IN NOTICE OF REMOVAL        Case No.