ORIGINAL

Monty A. McIntyre, Esq. (SBN 95796)
Wes E. Henricksen, Esq. (SBN 246712)
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone: (619) 685-3003; Facsimile: (619) 685-3100
mcintyre@scmv.com; whenricksen@scmv.com

Attorneys for Defendants DON BARNES and DELK PRODUCTS, INC.

FILED
2008 AUG -8 AM 9:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERGREEN RESEARCH AND MARKETING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DON BARNES, an individual; and DELK PRODUCTS, INC.; LARRY KAIN, an individual; PINNACLE NATIONAL BANK; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. '08 CV 1438 WQH WMc<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST<br><br>[Local Civil Rule 40.2] |

Pursuant to CivLR 40.2, Defendant DELK PRODUCTS, INC., identifies its parent corporations and all publicly held companies who own an interest of 10 percent or more in DELK PRODUCTS, INC.:

1.   No publicly held corporation owns an interest of 10 percent or greater in DELK PRODUCTS, INC.

Dated: August 7, 2008

SELTZER CAPLAN MCMAHON VITEK
A Law Corporation

By: _____
Monty A. McIntyre, Esq.
Wes E. Henricksen, Esq.
Attorneys for Defendants DON BARNES and DELK PRODUCTS, INC.

NOTICE OF PARTY WITH FINANCIAL INTEREST         Case No.