Monty A. McIntyre, Esq. (SBN 95796)
Wes E. Henricksen, Esq. (SBN 246712)
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone: (619) 685-3003; Facsimile:   (619) 685-3100
mcintyre@scmv.com; whenricksen@scmv.com

Attorneys for Defendants DON BARNES and DELK PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERGREEN RESEARCH AND MARKETING, LLC, <br><br>　　　　　　　　Plaintiff, <br><br>　vs. <br><br>DON BARNES, an individual; and DELK PRODUCTS, INC.; LARRY KAIN, an individual; PINNACLE NATIONAL BANK; and DOES 1-20, inclusive, <br><br>　　　　　　　　Defendants. | CASE NO.  08 CV 1438 WQH WMc <br><br> NOTIFICATION OF APPEARANCE OF WES E. HENRICKSEN <br><br> JUDGE:    Hon. William Q. Hayes <br> DEPT       Courtroom 4 |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE that the following attorney hereby appears for Defendants DON BARNES and DELK PRODUCTS, INC.

Dated: August 11, 2008　　　　　　　　　　　SELTZER CAPLAN McMAHON VITEK

　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Wes E. Henricksen

　　　　　　　　　　　　　　　　　　　　　　Monty A. McIntyre
　　　　　　　　　　　　　　　　　　　　　　Wes E. Henricksen
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants DON BARNES and DELK PRODUCTS, INC.

| Monty A. McIntyre, Esq. (SBN 95796)<br>SELTZER CAPLAN MCMAHON VITEK<br>2100 Symphony Towers, 750 "B" Street<br>San Diego, CA 92101 | TELEPHONE NO.<br>(619) 685-3003 | COURT USE ONLY |
|---|---|---|
| Attorneys For DON BARNES and DELK PRODUCTS, INC. | | |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| PLAINTIFFS: EVERGREEN RESEARCH AND MARKETING, LLC | JUDGE: Hon. William Q. Hayes<br>DEPT: Courtroom 4<br>DATE:<br>TIME: |
|---|---|
| DEFENDANTS: DON BARNES, an individual; and DELK PRODUCTS, INC.; LARRY KAIN, an individual, PINNACLE NATIONAL BANK; and DOES 1-20, inclusive | |
| **CERTIFICATE OF SERVICE BY ELECTRONIC MAIL** | CASE NUMBER<br>08 CV 1438 WQH WMc |

I, Susan S. Lim, declare that: I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, where the service occurs; and my business address is 2100 Symphony Towers, 750 B Street, San Diego, CA 92101.

On today's date, I caused to be served the following document(s): **Notification of Appearance of Wes E. Henricksen**

by electronic mail as follows:

Todd Atkins    tatkins@atkinsdavidson.com    Attorney for Plaintiff EVERGREEN RESEARCH AND MARKETING, LLC

In addition, the following persons were served by U.S. mail:

Callie A. Bjurstrom, Esq.
Caryn M. Anderson, Esq.
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Attorney for Defendant PINNACLE NATIONAL BANK

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2008, at San Diego, California.    _____
                                                                                            Susan S. Lim