1  Callie A. Bjurstrom, State Bar No. 137816
   Caryn M. Anderson, State Bar No. 247038
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5  Attorneys for Defendants Pinnacle National Bank and Larry Kain

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | EVERGREEN RESEARCH AND MARKETING, LLC, | Case No. 08-CV-1438 |
|----|----|----|
| 12 | | **NOTICE OF APPEARANCE** |
| 13 | Plaintiff, | |
| 14 | v. | Complaint Filed:    June 30, 2008 |
| 15 | DON BARNES, an individual; DELK PRODUCTS, INC.; LARRY KAIN, an individual; PINNACLE NATIONAL BANK; | Judge:    Hon. William Q. Hayes  Courtroom:    4 |
| 16 | and DOES 1-20, inclusive, | |
| 17 | Defendants. | |

18

19       TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

20       PLEASE TAKE NOTICE that Pinnacle National Bank and Larry Kain will be represented by

21  Callie A. Bjurstrom, Esq. of the law firm of Luce, Forward, Hamilton & Scripps LLP in this action.

22  Please add the following to all proofs of service in this matter:

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1 | Callie A. Bjurstrom, State Bar No. 137816
Email: cbjurstrom@luce.com
2 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
3 | San Diego, California 92101-3372

4

DATED: August 12, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS LLP
5

6
                                By: s/Callie A. Bjurstrom
7                                    Callie A. Bjurstrom
                                     Attorneys for Defendants
8                                    Pinnacle National Bank and Larry Kain

9
101111703.1
10

1  Callie A. Bjurstrom, State Bar No. 137816
   Caryn M. Anderson, State Bar No. 247038
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5  Attorneys for Defendants Pinnacle National Bank and Larry Kain

6

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | EVERGREEN RESEARCH AND MARKETING, LLC, | Case No. 08-CV-1438 |
|---|---|---|
| 12 | | **PROOF OF SERVICE** |
| 13 | Plaintiff, | |
| 14 | v. | Complaint Filed: June 30, 2008 |
| 15 | DON BARNES, an individual; DELK PRODUCTS, INC.; LARRY KAIN, an individual; PINNACLE NATIONAL BANK; and DOES 1-20, inclusive, | Judge: Hon. William Q. Hayes |
| 16 | | Courtroom: 4 |
| 17 | Defendants. | |

18

19      I declare as follows:

20      I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address

21  is 600 West Broadway, Suite 2600, San Diego, California 92101-3372.  I am a member of the bar of

22  this court, over the age of eighteen years and not a party to this action.

23      On August 12, 2008, I caused the following to be served:

24      **1.    NOTICE OF APPEARANCE.**

25  **Electronic Mail Notice List**

26      The following are those who are currently on the list to receive e-mail notices for this case.

27          Callie A. Bjurstrom, cbjurstrom@luce.com, bblock@luce.com

28          Caryn M. Anderson, canderson@luce.com, lhernandez@luce.com

                                          1                          Case No.  08-CV-1438

1  Todd Christopher Atkins, tatkins@atkinsdavidson.com

2  Wes Evan Henricksen, henricksen@scmv.com, quayle@scmv.com

3  Monty A. McIntyre, mintyre@scmv.com, stanton@scmv.com

4

5  **Manual Notice List**

6  The following is the list of attorneys who are **not** on the list to receive e-mail notices for this

7  case (who therefore require manual noticing).

8  (No manual notice recipients.)

9  I declare that I am employed in the office at whose direction the service was made.

10  Executed at San Diego, California on August 12, 2008.

11

12  s/Callie A. Bjurstrom
    Attorneys for Defendants Pinnacle National
13  Bank and Larry Kain

14

15  101111705.1

16

17

18

19

20

21

22

23

24

25

26

27

28