1  Callie A. Bjurstrom, State Bar No. 137816
   Caryn M. Anderson, State Bar No. 247038
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5  Attorneys for Defendants Pinnacle National Bank and Larry Kain

6

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11 | EVERGREEN RESEARCH AND             | Case No. 08-CV-1438
   | MARKETING, LLC,                    |
12 |                                    | **NOTICE OF APPEARANCE**
   |        Plaintiff,                  |
13 |                                    |
   | v.                                 |
14 |                                    | Complaint Filed:     June 30, 2008
   | DON BARNES, an individual; DELK    |
15 | PRODUCTS, INC.; LARRY KAIN, an     | Judge:       Hon. William Q. Hayes
   | individual; PINNACLE NATIONAL BANK;| Courtroom:   4
16 | and DOES 1-20, inclusive,          |
17 |        Defendants.                 |

18

19         TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

20         PLEASE TAKE NOTICE that Pinnacle National Bank and Larry Kain will be represented by

21 Caryn M. Anderson, Esq. of the law firm of Luce, Forward, Hamilton & Scripps LLP in this action.

22 Please add the following to all proofs of service in this matter:

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

                                          1                              Case No. 08-CV-1438

1  Caryn M. Anderson, State Bar No. 247038
   Email: canderson@luce.com
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372

4

   DATED: August 12, 2008          LUCE, FORWARD, HAMILTON & SCRIPPS LLP
5

6
                                   By: s/Caryn M. Anderson
7                                      Caryn M. Anderson
                                       Attorneys for Defendants
8                                      Pinnacle National Bank and Larry Kain

9  101111700.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Callie A. Bjurstrom, State Bar No. 137816
Caryn M. Anderson, State Bar No. 247038
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Defendants Pinnacle National Bank and Larry Kain

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERGREEN RESEARCH AND MARKETING, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>DON BARNES, an individual; DELK PRODUCTS, INC.; LARRY KAIN, an individual; PINNACLE NATIONAL BANK; and DOES 1-20, inclusive,<br><br>         Defendants. | Case No. 08-CV-1438<br><br>**PROOF OF SERVICE**<br><br><br>Complaint Filed:       June 30, 2008<br><br>Judge:       Hon. William Q. Hayes<br>Courtroom:   4 |

I declare as follows:

I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of this court, over the age of eighteen years and not a party to this action.

On August 12, 2008, I caused the following to be served:

**1.   NOTICE OF APPEARANCE.**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

   Callie A. Bjurstrom, cbjurstrom@luce.com, bblock@luce.com

   Caryn M. Anderson, canderson@luce.com, lhernandez@luce.com

Todd Christopher Atkins, tatkins@atkinsdavidson.com

Wes Evan Henricksen, henricksen@scmv.com, quayle@scmv.com

Monty A. McIntyre, mintyre@scmv.com, stanton@scmv.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

(No manual notice recipients.)

I declare that I am employed in the office at whose direction the service was made.

Executed at San Diego, California on August 12, 2008.

                      s/Caryn M. Anderson
Attorneys for Defendants Pinnacle National Bank and Larry Kain

101111705.1

2      Case No. 08-CV-1438