Monty A. McIntyre, Esq. (SBN 95796)
Wes E. Henricksen, Esq. (SBN 246712)
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:  (619) 685-3003; Facsimile: (619) 685-3100
mcintyre@scmv.com; whenricksen@scmv.com

Attorneys for Defendants DON BARNES and DELK PRODUCTS, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERGREEN RESEARCH AND MARKETING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DON BARNES, an individual; and DELK PRODUCTS, INC.; LARRY KAIN, an individual; PINNACLE NATIONAL BANK; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 08-cv-1438 WQH WMc<br><br>**AMENDED NOTICE OF MOTION AND MOTION BY DEFENDANT DON BARNES FOR AN ORDER REQUIRING PLAINTIFF TO PROVIDE SECURITY FOR COSTS AND FEES**<br><br>DATE:    October 6, 2008<br>TIME:    11 a.m.<br>JUDGE:   Hon. William Q. Hayes<br>DEPT    Courtroom 4<br>COMPLAINT FILED: June 30, 2008<br>TRIAL DATE:    Not Yet Set |

**TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 6, 2008, at 11 a.m.**,** or as soon thereafter as counsel can be heard, in Courtroom 4, of the above-entitled court, located at 940 Front Street, San Diego, California 92101, Defendant DON BARNES will, and hereby does, move the court for an order requiring Plaintiff to provide $50,000 security for Defendant's costs and attorney's fees in this action.

This motion is made under section 800(c) of the California Corporations Code on the ground that there is no reasonable possibility that the prosecution of at least one of Plaintiff's

causes of action in this suit will benefit the corporation BetaBake Products, Inc. or its shareholders.

The motion will be based on this notice of motion and motion, the attached declarations of Monty A. McIntyre and Don Barnes, the attached memorandum of points and authorities, the pleadings and records on file in this action, and such oral and documentary evidence as may be presented at the hearing.

Dated: August 14, 2008                SELTZER CAPLAN McMAHON VITEK
                                       A Law Corporation

                                       By:   /s/  Monty A. McIntyre

                                       Monty A. McIntyre
                                       Wes E. Henricksen
                                       Attorneys for Defendant DON BARNES, an individual.