Monty A. McIntyre, Esq. (SBN 95796)
Wes E. Henricksen, Esq. (SBN 246712)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:   (619) 685-3003; Facsimile: (619) 685-3100
mcintyre@scmv.com; whenricksen@scmv.com

Attorneys for Defendants DON BARNES and DELK PRODUCTS, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERGREEN RESEARCH AND MARKETING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DON BARNES, an individual; and DELK PRODUCTS, INC.; LARRY KAIN, an individual; PINNACLE NATIONAL BANK; and DOES 1-20, inclusive, <br><br> Defendants. | CASE NO. 08-cv-1438 WQH WMc <br><br> **NOTICE OF WITHDRAWAL OF DOCUMENT** <br><br> DATE: October 6, 2008 <br> TIME: 11 a.m. <br> JUDGE: Hon. William Q. Hayes <br> DEPT   Courtroom 4 <br> COMPLAINT FILED:  June 30, 2008 <br> TRIAL DATE:   Not Yet Set |

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to CivLR 15.1, Defendant DON BARNES hereby withdraws his document entitled Amended Notice Of Motion And Motion By Defendant Don Barnes For An Order Requiring Plaintiff To Provide Security For Costs And Fees filed as Docket No. 9 on August 14, 2008.

Dated: August 14, 2008         SELTZER CAPLAN McMAHON VITEK
                               A Law Corporation

                               By:   /s/ Monty A. McIntyre
                                     Monty A. McIntyre
                                     Wes E. Henricksen
                               Attorneys for Defendant DON BARNES

| Monty A. McIntyre, Esq. (SBN 95796)<br>SELTZER CAPLAN MCMAHON VITEK<br>2100 Symphony Towers, 750 "B" Street<br>San Diego, CA 92101 | TELEPHONE NO.<br>(619) 685-3003 | COURT USE ONLY |
|---|---|---|
| Attorneys For DON BARNES and DELK PRODUCTS, INC. | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| PLAINTIFFS: EVERGREEN RESEARCH AND MARKETING, LLC | JUDGE: Hon. William Q. Hayes<br>DEPT: Courtroom 4<br>DATE:<br>TIME: |
|---|---|
| DEFENDANTS: DON BARNES, an individual; and DELK PRODUCTS, INC.; LARRY KAIN, an individual, PINNACLE NATIONAL BANK; and DOES 1-20, inclusive | |
| PROOF OF SERVICE BY ELECTRONIC MAIL | CASE NUMBER<br>08 CV 1438 WQH WMc |

I, Anna Gateley-Stanton, declare that: I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, where the service occurs; and my business address is 2100 Symphony Towers, 750 B Street, San Diego, CA 92101.

On today's date, I caused to be served the following document(s): NOTICE OF WITHDRAWAL OF DOCUMENT

by electronic mail as follows:

| Todd Christopher Atkins | tatkins@atkinsdavidson.com | Counsel for Plaintiff EVERGREEN RESEARCH AND MARKETING, LLC |
| Caryn M Anderson | canderson@luce.com | Counsel for Defendant PINNACLE NATIONAL BANK and LARRY KAIN |
| Callie A Bjurstrom | cbjurstrom@luce.com | Counsel for Defendant PINNACLE NATIONAL BANK and LARRY KAIN |

There are no manual recipients to be served by mail.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 14, 2008, at San Diego, California.

_Anna Gateley-Stanton_
Anna Gateley-Stanton